Deed, Kirbor to Patrick A. Duhaney and spouse, Instrument No. 202103043196 (May 19/25, 2021), Lot 41, Pungo Ferry Landing, Phase One

**Exhibit B**

## DEED OF BARGAIN AND SALE

THIS DEED made this 19TH day of MAY, 2021, by and between KIRBOR HOMES, LLC, A Virginia limited liability company, as Grantor, and PATRICK A.. DUHANEY and ALICIA R. DUHANEY, husband and wife, Grantor, at: 2041 WILLIAMS FARM ROAD, VIRGINIA BEACH, VA 23457

WITNESSETH:

THAT FOR and in consideration of the sum of Ten Dollars ($10.00) cash in hand paid, and other good and valuable consideration, the receipt of which is hereby acknowledged, the Grantor does hereby grant and convey, with GENERAL WARRANTY and ENGLISH COVENANTS OF TITLE, unto the said Grantees, as tenants by the entirety, with the right of survivorship, at common law, following described property, to-wit:

ALL THAT certain lot, piece or parcel of land, with the buildings and improvements thereon, situate, lying and being in the City of Virginia Beach, Virginia, being known, numbered and designated as Lot 41, as shown on that certain plat entitled "Subdivision of Property Pungo Ferry Landing, Phase One (Instrument No. 200307090104491), Virginia Beach, Virginia, Scale 1"=300', September 16, 2003", which said plat is duly recorded in the Clerk's Office of the Circuit Court of the City of Virginia Beach, Virginia, as Instrument No. 200407210112282.

IT BEING the same property conveyed to Richard Lee Arnold and Jan E. Arnold by deed dated September 2, 2004 from Pungo Ferry Landing, Inc. recorded in the Clerk's Office aforesaid as Instrument Number 200409090143705. IT FURTHER being the same property conveyed to the Grantor herein by Deed of Richard Lee Arnold and Jan E. Arnold by their Deed dated 9/22/2020 and duly recorded in the Clerk's Office aforesaid as Instrument No: 200409090143705.

PROPERTY: 2041 WILLIAMS FARM RD. VIRGINIA BEACH, VA 23457
TAX I.D. # 2309-72-1969-0000
PREPARED BY: Pender & Coward, P.C. – Mark R. Baumgartner – VSB #45171
Assessed Value: $ 172,500.00    Sales Price: $714,095.00
TITLE COMPANY: TITLE RESOURCES/~~SAGE TITLE~~
RETURN TO: SAGE TITLE

Doc 1 of 3

Return to :
Sage Title Group, LLC
963 Providence Square
Shopping Ctr. #118B
VA Beach, VA 23464

This conveyance is made expressly subject to any conditions, restrictions, reservations and easements, if any of record, affecting subject property and constituting constructive notice.

WITNESS the following signature and seal:

KIRBOR HOMES, LLC

By: _____ (SEAL)
Robert A. Wadsworth, II, Authorized Agent

STATE OF VIRGINIA,
CITY OF VIRGINIA BEACH, to-wit:

The foregoing instrument was acknowledged before me this ⁹ day of MAY, 2021, by ROBERT A. WADSWORTH, II, Authorized Agent of KIRBOR HOMES, LLC, A Virginia limited liability company, who ( ) is personally known to me or who (X) has presented sufficient identification to me.

_____ (SEAL)
Notary Public

Registration I.D. #: 7502800

My Commission expires: 7/31/2023

2

INSTRUMENT # 202103043196
E-RECORDED IN THE CLERK'S OFFICE OF
VIRGINIA BEACH ON
MAY 25, 2021 AT 09:17AM
GRANTOR TAX: $714.50
STATE TAX: $1,785.25
HRRT: $428.46
TINA E. SINNEN, CLERK
RECORDED BY: CK