Virginia Beach golfers seek answers as proposed sale of Virginia Beach National moves toward public hearing. (June 30, 2026)

**Exhibit C**

# Virginia Beach golfers seek answers as proposed sale of Virginia Beach National moves toward public hearing

*Romelo Styles*

As the City of Virginia Beach considers selling Virginia Beach National Golf Course, golfers say they want more answers before city leaders make a final decision. On Tuesday night, Dragas hosted a community meeting at the Virginia Beach Central Library to present its vision for the property, answer questions and hear public feedback.





VIRGINIA BEACH, Va. — As the City of Virginia Beach considers selling Virginia Beach National Golf Course, golfers say they want more answers before city leaders make a final decision.

On Tuesday night, Dragas hosted a community meeting at the Virginia Beach Central Library to present its vision for the property, answer questions and hear public feedback.

While dozens of residents attended the meeting, many of the golfers News 3 spoke with chose to

spend the evening on the course they say they love.

The city is considering selling Virginia Beach National to Dragas, which has proposed investing millions of dollars to renovate the aging golf course, build a new clubhouse and practice facilities, and develop hundreds of homes around the course while keeping golf as part of the property.

For golfer John Leonard, protecting the course's wildlife is just as important as preserving golf.

"I think a lot of us have a myriad of concerns, including, but not limited to the habitat of the Eagles that live here they feed here. They raise their Young here and we know they have nest here," Leonard said.

Leonard said any redevelopment should include protections for the bald eagles that nest on the property.

"We need to make sure that the city or the game commission does something to make sure that they're protected," he said.

Another golfer, Elisa Trent, said she has already begun contacting conservation experts in hopes of documenting any active eagle nests before the city makes a final decision.

"I've been trying to reach out for the Center for Conservation Biology to report for the state of Virginia and that's the beginning step of how you will get a nest protected," Trent said.

News 3 took those concerns directly to Dragas President and CEO Helen Dragas during Tuesday night's meeting.

"That's the first I've heard of that but we certainly will," Dragas said when asked about the concerns over bald eagle habitat.

Golfers also questioned what would happen while renovations are underway. Dragas said the golf course would need to close for approximately 12 to 15 months during construction before reopening.

"Where are we gonna go for a year?" one golfer asked.

Dragas said the temporary closure would allow the company to transform the course into a revitalized golf destination that would remain viable for decades.

"The golf community seems very excited about the project because it's gonna re-live this golf course," Dragas said.

Golfers say they plan to continue voicing their concerns at the Virginia Beach City Council public hearing scheduled for July 7 at 7 p.m. The hearing is expected to be the public's final opportunity to comment before council members vote on whether to move forward with the proposed sale.

*Click [here](#) to see how we use AI at WTKR News 3.*