Taylor FOIA Production: April 19–24, 2024 emails
(Jarratt/Rigney/Hayes scheduling, meeting summary, and internal-audit-
disclosure correspondence)


**Exhibit D**

| | |
|---|---|
| **From:** | Pamela D. Witham |
| **To:** | Laura D. Hayes; Emily L. Archer |
| **Cc:** | Tecora D. McIntyre-Catlett; Charles E. Rigney |
| **Subject:** | RE: Monday"s Meeting |
| **Date:** | Friday, April 19, 2024 2:51:48 PM |
| **Attachments:** | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |
| | image007.png |
| | aerial-VBNG-GIS.png |
| | aerial-VBNG-SWMF .png |
| | aerial-VBNG-strucutres .png |

4/19/2024

Hi Laura-

I am not sure what kind of aerial mappings that the City Manager is looking for.

I attached a Bird's eye GIS image and images relating to the SWMF and mapping of the buildings on the site.

If this is not what you think she needed, please let me know.



**PAMELA WITHAM**

**Senior Planner**

**Virginia Beach Economic Development**

**DIRECT 757.385.6480**

**4525 Main Street, Suite 700**

**Virginia Beach, VA 23462**

  

**From:** Laura D. Hayes <LHayes@vbgov.com>

**Sent:** Friday, April 19, 2024 1:04 PM

**To:** Emily L. Archer <EArcher@vbgov.com>; Pamela D. Witham <PWitham@vbgov.com>

**Cc:** Tecora D. McIntyre-Catlett <TMcintyre@vbgov.com>; Charles E. Rigney <CRigney@vbgov.com>

**Subject:** Fw: Monday's Meeting

Hi Emily and Pam,

I am not part of Monday's meeting mentioned below, so I do not have many details. But can you please assist with Amanda's request?

Tecora can print everything for Chuck and Amanda, but it may be helpful to send electronic information ahead of the meeting also.

Thank you!

Laura

# Laura Hayes Chalk

VIRGINIA BEACH ECONOMIC VITALITY PORTFOLIO

Department of Economic Development

*Deputy Director*

**Direct:** 757-385-6464

**Cell:** 757-561-6723

4525 Main Street, Suite 700

Virginia Beach, VA 23462



www.yesvirginiabeach.com

---

**From:** Amanda Jarratt <ajarratt@vbgov.com>

**Sent:** Friday, April 19, 2024 11:21 AM

*April 2024*

**To:** Charles E. Rigney <CRigney@vbgov.com>; Laura D. Hayes <LHayes@vbgov.com>; Tecora D. McIntyre-Catlett <TMcintyre@vbgov.com>

**Subject:** Monday's Meeting

Happy Friday! I wanted to touch base in advance of our meeting with Helen Dragas on Monday regarding Virginia Beach National. If you could please bring aerials of the site with you to ensure we have them for discussion purposes I would greatly appreciate it. See you then!

Best,

Amanda

**Amanda C. Jarratt**

OFFICE OF THE CITY MANAGER

Deputy City Manager

2401 Courthouse Drive, Bld 1, Suite 2017

Virginia Beach, VA 23456

O: (757) 385-4242 | F (757) 427-5626 | ajarratt@vbgov.com





## Legend

| | |
|---|---|
| — — — — | PARCELS |
| — — — — | EASEMENTS |
| — — — — | NWI WETLA |
| — — — — | STORM LIN |
| ▬▬ ▬▬ ▬▬ | DRAINAGE |
| ⬅ | FLOW DIR (CITY GIS) |
| ⬅▪▪▪▪ | FLOW DIR DIRECTION |
| ▬▬▬▬ | GENERAL |
| ▬▬▬▬ | GENERAL |
| ▬▬▬▬ | GENERAL |
| •••••• | BANK ERC |
| 🔵 | CLEARIN |
| 🔺 | DAMAGE |
| 🟦 | SEDIMEN |

