Taylor FOIA Production: April 23, 2024 email
(Jarratt/Dragas meeting and AICUZ)

**Exhibit E**

| From: | Laura D. Hayes |
| To: | Charles E. Rigney; Emily L. Archer |
| Cc: | Pamela D. Witham |
| Subject: | VBNG |
| Date: | Tuesday, April 23, 2024 10:10:19 AM |
| Attachments: | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |

*April 2024 → 6 months*

Chuck and Emily,

As you know, Amanda and I met with Helen Dragas and Eddie Bourdon yesterday. They are interested in building a for sale home and condo community on the land adjacent to VB National. It was not clear if they would pursue purchasing the golf course or just taking over the management. I do not think they know yet and are looking for direction on what the city wants. They also asked for the reports showing costs estimates related to the storm water and building maintenance needs. Are these reports public? I know the VBDA presentations are, but just not sure about the reports. Regardless, we need to send them to Amanda.

For awareness, they are familiar with the ACUZ zoning and would not build on the parcels that cross into this zoning. The current plans also require an additional 22 acres to redesign the golf course in the area's we are looking at for manufacturers. I will share electronic copies of their plans if we receive them.

Thank you,

Laura



**LAURA HAYES CHALK**
Deputy Director
Virginia Beach Economic Development
**DIRECT** 757.385.6437
**CELL** 757.561.6723
4525 Main Street, Suite 700
Virginia Beach, VA 23462

