Taylor FOIA Production: April 24, 2024 email Jarratt/Dragas not-yet-final internal audit

**Exhibit F**

| From: | Laura D. Hayes |
| To: | Amanda Jarratt |
| Cc: | Emily L. Archer; Charles E. Rigney |
| Subject: | FW: Thank you |
| Date: | Wednesday, May 29, 2024 3:07:52 PM |
| Attachments: | ~WRD0001.jpg |
| | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |

*(handwritten: City Staff)*

Hi Amanda,

I am copying Chuck and Emily into this email. Emily will share links to the documents. They have been shared with the VBDA asset review committee and the operators. They have not been shared with all members of the VBDA yet.

Best regards,

Laura



**LAURA HAYES CHALK**
Deputy Director
Virginia Beach Economic Development
**DIRECT** 757.385.6437
**CELL** 757.561.6723
4525 Main Street, Suite 700
Virginia Beach, VA 23462

**From:** Helen <helen@dragas.com>
**Sent:** Wednesday, May 29, 2024 11:27 AM
**To:** Amanda Jarratt <ajarratt@vbgov.com>; Laura D. Hayes <LHayes@vbgov.com>
**Subject:** RE: Thank you

**CAUTION:** This email originated from outside of the City of Virginia Beach. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good morning, Amanda and Laura,

I hope this finds you well and enjoying the start of summer, as hard as that is to believe!

Checking in on the status of the audit we discussed...we'd love to further advance our analysis and develop a well-informed approach that benefits the City.

Many thanks for any update you can provide.

With best regards,

Helen

*(handwritten: Audit Committee → Knowledge of Sharing report)*

**From:** Amanda Jarratt <ajarratt@vbgov.com>
**Sent:** Wednesday, April 24, 2024 10:39 AM
**To:** Helen <helen@dragas.com>; Laura D. Hayes <LHayes@vbgov.com>
**Subject:** RE: Thank you

**CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.**

Good morning Helen. As a follow up the staff informed me that the final draft of the audit will be completed within the next two weeks. Once it has been completed I will be sure to send over a copy. I wanted to be sure that

you knew we had not forgotten you request. We will be in touch.

Best regards,

Amanda

**Amanda C. Jarratt**

OFFICE OF THE CITY MANAGER

Deputy City Manager

2401 Courthouse Drive, Bld 1, Suite 2017

Virginia Beach, VA 23456

O: (757) 385-4242 | F (757) 427-5626 | ajarratt@vbgov.com



**From:** Helen <helen@dragas.com>
**Sent:** Monday, April 22, 2024 6:34 PM
**To:** Laura D. Hayes <LHayes@vbgov.com>; Amanda Jarratt <ajarratt@vbgov.com>
**Subject:** Thank you

**CAUTION:** This email originated from outside of the City of Virginia Beach. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Amanda and Laura,

It was a pleasure to meet you both today, and I very much appreciate the time you so graciously provided. In addition to expressing my gratitude, I wanted to follow up to answer Laura's outstanding question about the footprint shown on the exhibit—that is the AGI building. Please let me know if I can respond to any other questions; otherwise, I look forward to hearing back from you at your convenience.

With kind regards,

Helen

**Helen E. Dragas**
President & CEO
O: 757-490-0161 Ext 322
E: hdragas@dragas.com



Dragas Companies | 4538 Bonney Rd, Virginia Beach, VA 23462
www.dragas.com