Taylor FOIA Production: July 16, 2024 draft Exclusivity Non-Disclosure Agreement

**Exhibit G**

Unless Amanda has a different idea, why don't you and I discuss and craft a memo outlining pros and cons for her review?



**CHUCK RIGNEY**
Director
Virginia Beach Economic Development
**DIRECT** 757.385.6459
**CELL** 757.837.2566
4525 Main Street, Suite 700
Virginia Beach, VA 23462

 

**From:** Mac Weaver <mweaver@dragas.com>
**Sent:** Tuesday, July 16, 2024 2:15 PM
**To:** Charles E. Rigney <CRigney@vbgov.com>
**Cc:** Drew Vakos <AVakos@dragas.com>
**Subject:** Exclusivity/Non-Disclosure Agreement

*July 2024*

> **CAUTION:** This email originated from outside of the City of Virginia Beach. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Chuck,

Hope you've been doing well. Please see the attached exclusivity/non-disclosure agreement for your review. If you have any questions we're free to discuss any time (my cell is 757-705-9133),

Look forward to your feedback.

Thanks,

Mac

**Mac Weaver**
Vice President of Business Development & Asset Management |
O: 757-490-0161 ext. 329
M: 757-705-9133
E: mweaver@dragas.com

Dragas Companies | 4538 Bonney Rd, Virginia Beach, VA 23462
www.dragas.com