# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### *Norfolk Division*

| | |
|---|---|
| **SFF CONSERVATION INITIATIVE, INC., et al.** | **Civil Action No. 2:26-cv-00738** |
| Plaintiffs, | |
| v. | |
| **CITY OF VIRGINIA BEACH; et al.** | |
| Defendants. | |

## PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Plaintiffs SFF Conservation Initiative, Inc. and Lisa M. Clarkson, individually and on behalf of the putative class, by counsel, move this Court under Federal Rule of Civil Procedure 65(a) for a preliminary injunction against Defendants City of Virginia Beach (the "City"), Virginia Beach Development Authority (the "Authority"), Patrick A. Duhaney in his official capacity, and The Dragas Companies, Inc. ("Dragas"), and all persons acting in concert with them. The grounds for this Motion are set forth in the accompanying Memorandum of Law and supporting exhibits, which are incorporated herein.

Plaintiffs accordingly seek relief that operates on the property and the instruments of transfer, whenever a vote may occur.

For the reasons stated in the Memorandum, Plaintiffs respectfully request that the Court enter a preliminary injunction that, pending final judgment:

a. Enjoins the City, the Authority, the City Manager, and Dragas, and all persons in active concert or participation with them, from executing, delivering, recording, performing, or taking any step to consummate any deed, ground lease assignment or surrender, purchase agreement, development agreement, or other instrument conveying or encumbering any interest in the Subject Parcels, defined as GPINs 1494-03-5237, 1494-13-7202, 1494-34-4919, 1494-41-2582, and 1494-52-3434, together with the adjacent City-owned parcel identified in the Complaint at paragraph 61 n.2 (GPIN 1484-44-8460), regardless of whether or when the City Council votes on the proposed transaction;

b. Enjoins the termination, surrender, amendment, or assignment of the October 8, 1997 Ground Lease between the City and the Authority, the golf course management agreement expiring December 31, 2026, and the First Tee facility lease, each of which presently dedicates the Subject Parcels to public use;

c. Enjoins any alteration, modification, demolition, tree removal, clearing, grading, filling, or other land-disturbing activity on the Subject Parcels, and specifically any such activity within 660 feet of either documented bald eagle

2

nest, unless and until a qualified eagle survey has been completed and furnished to the Court, the U.S. Fish and Wildlife Service, and the Virginia Department of Wildlife Resources, and any permit required by 16 U.S.C. § 668 and 50 C.F.R. §§ 22.80 or 22.85 has been obtained;

d.  Enjoins the City from authorizing, permitting, or undertaking further land-disturbing development within the Southern Rivers Watershed until the City demonstrates compliance with the Clean Water Act and Permit No. VA0088676 as to the receiving subwatershed, or until further order of this Court;

e.    Orders the City and the Authority to preserve all documents, communications, electronic records, and audit logs concerning the Subject Parcels and all communications with Dragas from April 2024 forward; and

f.  Waives security under Rule 65(c) or sets security in a nominal amount.

A proposed order is submitted herewith.  Pursuant to Local Civil Rule 7(F)(1), this Motion is accompanied by a supporting memorandum of law.  Counsel for Plaintiffs has conferred with counsel for the City concerning this Motion and is advised that Defendants oppose the relief requested.  Plaintiffs respectfully request a hearing at the Court's earliest convenience.

Dated: August 7, 2026

Respectfully submitted,

_____/s/_____
Suzanne Seidel Richmond (VSB No. 75888)
Law Office of Suzanne Seidel Richmond
3808 North Landing Road
Virginia Beach, Virginia 23456
Telephone: 757-301-8822
Email: suzanne@ssrichmondlaw.com
*Counsel for Plaintiffs and the Putative Class*

## CERTIFICATE OF SERVICE

I certify that on August 7, 2026, I electronically filed the foregoing with the Clerk of Court using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

_____/s/_____
Suzanne Seidel Richmond