UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA: NORFOLK DIVISION

SFF CONSERVATION INITIATIVE, INC., et al.

Civil Action No. 2:26-cv-00738

Plaintiffs,

v.

CITY OF VIRGINIA BEACH; et al.

Defendants.

## PROPOSED ORDER GRANTING PRELIMINARY INJUNCTION

Upon consideration of Plaintiffs' Motion for Preliminary Injunction, the memorandum and exhibits in support, any opposition and reply, and the argument of counsel, and the Court finding under Federal Rule of Civil Procedure 65(a) and *Winter v. Natural Resources Defense Council, Inc.*, 555 U.S. 7 (2008), that Plaintiffs are likely to succeed on the merits of one or more claims, that Plaintiffs are likely to suffer irreparable harm absent preliminary relief, that the balance of equities tips in Plaintiffs' favor, and that an injunction is in the public interest, it is hereby ORDERED that the Motion is GRANTED, and it is further ORDERED that, pending final judgment in this action:

1. Defendants City of Virginia Beach, Virginia Beach Development Authority, and The Dragas Companies, Inc., the City Manager, and all persons in active concert or participation with any of them who receive actual notice of this Order, are ENJOINED from executing, delivering, recording, performing, or taking any step to consummate any deed, ground lease assignment or surrender, purchase agreement, development agreement, or other instrument conveying or encumbering any interest in the parcels bearing GPINs 1494-03-5237, 1494-13-7202, 1494-34-4919, 1494-41-2582, 1494-52-3434, and 1484-44-8460 (the "Subject Parcels"), regardless of whether or when the Virginia Beach City Council votes on the proposed transaction;

1

2. Said Defendants are ENJOINED from terminating, surrendering, amending, or assigning the October 8, 1997 Ground Lease between the City and the Authority, the golf course management agreement expiring December 31, 2026, and the First Tee facility lease;

3. Said Defendants are ENJOINED from any alteration, modification, demolition, tree removal, clearing, grading, filling, or other land-disturbing activity on the Subject Parcels, and specifically from any such activity within 660 feet of either documented bald eagle nest, unless and until a qualified eagle survey has been completed and furnished to the Court, the U.S. Fish and Wildlife Service, and the Virginia Department of Wildlife Resources, and any permit required by 16 U.S.C. § 668 and 50 C.F.R. §§ 22.80 or 22.85 has been obtained;

4. The City is ENJOINED from authorizing, permitting, or undertaking further land-disturbing development within the North Landing River-Middle subwatershed of the Southern Rivers Watershed until the City demonstrates to the Court compliance with the Clean Water Act and Permit No. VA0088676 as to that subwatershed, or until further order of this Court;

5. The City and the Authority shall PRESERVE all documents, communications, electronic records, and audit logs concerning the Subject Parcels and all communications with The Dragas Companies, Inc. from April 2024 forward; and

6. Under Rule 65(c), the Court finds that the injunction is prohibitory, preserves the status quo, and threatens Defendants with no quantifiable monetary loss.

It is SO ORDERED.

Norfolk, Virginia

Date: _____, 2026

_____
United States District Judge