UNITED STATES DISTRICT COURT: THE EASTERN DISTRICT OF VIRGINIA
*Norfolk Division*

SFF CONSERVATION INITIATIVE, INC., et al.,
Plaintiffs,

v.                                                      Civil Action No. 2:26-cv-00738

CITY OF VIRGINIA BEACH, et al.,
Defendants.

**ORDER**

THIS MATTER is before the Court on Plaintiffs' Motion for Preliminary Injunction, the City Defendants' Memorandum in Opposition, Plaintiffs' Reply Memorandum in Support thereof, and Plaintiffs' Motion to Disqualify Willcox & Savage, P.C.

Having reviewed the pleadings, exhibits, memoranda of law, and the record in this matter, and having considered the arguments of the parties, the Court finds that Plaintiffs have satisfied the requirements for preliminary injunctive relief.

Accordingly, it is hereby **ORDERED**:

1.  Plaintiffs' Motion for Preliminary Injunction is **GRANTED**.

2.  Pending final resolution of this action or further Order of this Court, Defendants, their officers, agents, employees, attorneys, and all persons acting in active concert or participation with them who receive actual notice of this Order are ENJOINED from conveying, transferring, selling, or otherwise disposing of the Virginia Beach National Golf Club property and adjoining parcels at issue in this action; terminating or surrendering the existing ground lease; or undertaking land-disturbing activity in furtherance of the proposed conveyance or development.

3.  Defendants shall preserve the status quo concerning the Property pending further Order of this Court.

4.  Plaintiffs' Motion to Disqualify Willcox & Savage, P.C. is **GRANTED**, and Willcox & Savage, P.C. is disqualified from representing Defendants in this action. Defendants shall obtain independent counsel.

5.  Security under Federal Rule of Civil Procedure 65(c) is **WAIVED** or alternatively, set at **$_____** .

The Clerk is DIRECTED to send a copy of this Order to all counsel of record.

**ENTERED** this _____ day of August, 2026.

_____
**REBECCA BEACH SMITH**
**UNITED STATES DISTRICT JUDGE**

WE ASK FOR THIS:

/s/ Suzanne Seidel Richmond
Suzanne Seidel Richmond (VSB No. 75888)
Law Office of Suzanne Seidel Richmond
3808 North Landing Road
Virginia Beach, Virginia 23456
Telephone: 757-301-8822
Email: suzanne@ssrichmondlaw.com
Counsel for Plaintiffs and the Putative Class