**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
*Norfolk Division*

**SFF CONSERVATION INITIATIVE, INC., et al.**
Plaintiffs,

v.

**CITY OF VIRGINIA BEACH; et al.**

Defendants.

**Civil Action No. 2:26-cv-00738**

**PLAINTIFFS' MOTION TO DISQUALIFY WILLCOX & SAVAGE, P.C. AS COUNSEL FOR DEFENDANTS**

Plaintiffs SFF Conservation Initiative, Inc. and Lisa M. Clarkson, individually and on behalf of the putative class, by counsel, respectfully move this Court pursuant to its inherent supervisory authority over the members of the bar, Virginia Rules of Professional Conduct 1.7, 1.10, 1.11, and 3.7, and applicable Fourth Circuit precedent, for an Order disqualifying Willcox & Savage, P.C. from representing any Defendant in this action and requiring each Defendant to retain independent counsel. In support of this Motion, Plaintiffs state as follows:

## I. SUMMARY OF CONFLICTS

1. Willcox & Savage, P.C. (the "Firm") appears as counsel of record for the City of Virginia Beach, Robert M. Dyer, Rosemary A. Wilson, Patrick A. Duhaney, and Mark D. Stiles. (ECF No. 21). The Firm's continued representation is infected by at

least seven, distinct, independent disqualifying conflicts of interest, set forth in the accompanying Memorandum of Law:

a. **Partner-Chair conflict:** Lisa Murphy, a Willcox Savage partner, simultaneously chairs the Virginia Beach Development Authority ("VBDA"), a named Defendant whose *ultra vires* conduct is directly at issue. Va. R. Prof. Conduct 1.7(a)(2), 1.10(a). Ms. Murphy is likely to be a necessary witness regarding the Authority's deliberations. Va. R. Prof. Conduct 3.7, 1.10(a).

b. ***Monell* conflict**: The City's institutional interests are inherently adverse to the individual Defendants' personal interests in this § 1983 action. *Owen v. City of Independence*, 445 U.S. 622 (1980); *Dunton v. County of Suffolk*, 729 F.2d 903, 907 (2d Cir. 1984).

c. **Public-Interest inversion:** Plaintiffs, as citizens, advance the City's true institutional interests while the named officials defend conduct alleged to have been taken against those interests. *State ex rel. Morgan Stanley & Co. v. MacQueen*, 416 S.E.2d 55 (1992).

d. **Stiles brothers' familial conflict:** City Attorney Mark D. Stiles is the brother of Alexander Stiles, the Deputy City Attorney who prepared the 2016-2018 origination deeds and named in communications at the center of this litigation. Va. R. Prof. Conduct 1.7(a)(2).

e. **Judicial finding of misrepresentation:** In *Holloway v. City of Virginia Beach*, No. 2:18-cv-00069 (E.D. Va. July 8, 2025), Judge Jackson found that the City, under the

same City Attorney's Office, "ha[s] materially misled both plaintiffs and the court." Va. R. Prof. Conduct 3.3(a), 8.4(c).

f. **Prior Government Service:** Willcox Savage partner, Neil L. Rose, was appointed by the Virginia Beach Circuit Court as Assistant Commissioner of Accounts, serving in the City's tax and fiduciary apparatus, the very domain in which the Complaint alleges systematic manipulation. Va. R. Prof. Conduct 1.11.

## II. JOINT HEARING REQUEST

Because a disqualification motion "calls into question the integrity of the process in which the allegedly conflicted counsel participates," *Grimes v. District of Columbia*, 794 F.3d 83, 88 (D.C. Cir. 2015), it should be resolved before or concurrently with any merits adjudication. Plaintiffs respectfully request that this Motion be set for hearing jointly with Plaintiffs' pending Motion for Preliminary Injunction (ECF No. 19), and file herewith a separate Notice of Motion for Expedited Joint Hearing and proposed orders.

## III. RELIEF REQUESTED

Plaintiffs respectfully request that the Court enter an Order:

A. Disqualifying Willcox & Savage, P.C. from representing any Defendant in this action;

B. Requiring each Defendant to retain independent counsel within a time fixed by the Court;

C. Staying all Defendant response deadlines until each Defendant has retained independent counsel; and

D. Granting such further relief as is just and proper.

2. This Motion is accompanied by a supporting Memorandum of Law. Counsel for Plaintiffs has conferred with counsel for the City Defendants regarding this Motion.

Dated: August 13, 2026

Respectfully submitted,

_______/s/______________________

Suzanne Seidel Richmond (VSB No. 75888)
Law Office of Suzanne Seidel Richmond
3808 North Landing Road
Virginia Beach, Virginia 23456
Telephone: 757-301-8822
Email: suzanne@ssrichmondlaw.com
*Counsel for Plaintiffs and the Putative Class*

**CERTIFICATE OF SERVICE**

I certify that on August 13, 2026, I electronically filed the foregoing with the Clerk of Court using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

______/s/_________________
Suzanne Seidel Richmond