**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
*Norfolk Division*

**SFF CONSERVATION INITIATIVE, INC., et al.**
Plaintiffs,

v.

**CITY OF VIRGINIA BEACH; et al.**

Defendants.

**Civil Action No. 2:26-cv-00738**

**[PROPOSED] ORDER SETTING EXPEDITED JOINT HEARING ON MOTION TO DISQUALIFY AND MOTION FOR PRELIMINARY INJUNCTION**

THIS MATTER having come before the Court on Plaintiffs' Notice of Motion for Expedited Joint Hearing, and the Court having considered the interests of judicial economy and the need to resolve the disqualification issue before or concurrently with any merits adjudication, see *Grimes v. District of Columbia*, 794 F.3d 83, 88 (D.C. Cir. 2015), and for good cause shown, it is hereby

ORDERED that an expedited joint hearing is set for ______________, 2026, at _____ a.m./p.m., before the Honorable Rebecaa Beach Smith, United States District Judge, at the Walter E. Hoffman United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510, on the following matters:

1. Plaintiffs' Motion to Disqualify Willcox & Savage, P.C. as Counsel for Defendants; and

2. Plaintiffs' Motion for Preliminary Injunction (ECF No. 19).

It is further ORDERED that:

a. The City Defendants shall file any opposition to the Motion to Disqualify within seven (7) days of the date of this Order;

b. Plaintiffs may file a reply within three (3) days after service of any opposition;

c. The parties shall be prepared to address both motions at the hearing; and

d. The Virginia Beach Development Authority and The Dragas Companies, Inc., if they have appeared through counsel by the date of the hearing, shall also be prepared to address the disqualification issue as it affects their representation.

The Clerk is directed to send a copy of this Order to all counsel of record and to all Defendants who have been served but have not yet appeared.

IT IS SO ORDERED.

Date: ______________________

______________________________
Rebecca Beach Smith
United States District Judge
Eastern District of Virginia – Norfolk Division

We ask for this:

/s/
Suzanne Seidel Richmond
Counsel for Plaintiffs

Seen and objected to / No objection:

Counsel for City Defendant