**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
*Norfolk Division*

**SFF CONSERVATION INITIATIVE, INC., et al.**
Plaintiffs,

v.

**CITY OF VIRGINIA BEACH; et al.**

Defendants.

**Civil Action No. 2:26-cv-00738**

**NOTICE OF MOTION FOR EXPEDITED JOINT HEARING ON MOTION TO DISQUALIFY COUNSEL AND MOTION FOR PRELIMINARY INJUNCTION**

PLEASE TAKE NOTICE that Plaintiffs SFF Conservation Initiative, Inc. and Lisa M. Clarkson, individually and on behalf of the putative class, by counsel, hereby move the Court pursuant to Federal Rule of Civil Procedure 78 and the Court's inherent authority to manage its docket for an Order setting an expedited joint hearing on the following matters:

1. Plaintiffs' Motion to Disqualify Willcox & Savage, P.C. as Counsel for Defendants, filed herewith; and

2. Plaintiffs' Motion for Preliminary Injunction (ECF No. 19), with supporting Memorandum of Law (ECF No. 19-1) and Reply Memorandum.

**GROUNDS FOR JOINT HEARING**

A joint hearing is warranted for the following reasons:

First, the disqualification issue must be resolved before or concurrently with any merits adjudication. "Because a claim of counsel's conflict of interest calls into question the integrity of the process in which the allegedly conflicted counsel participates, the court should resolve a motion to disqualify counsel before it turns to the merits of any dispositive motion." *Grimes v. District of Columbia*, 794 F.3d 83, 88 (D.C. Cir. 2015).

Second, resolving both matters at a single hearing promotes judicial economy. The factual background relevant to the disqualification, the Murphy-Authority relationship, the Stiles brothers' roles, and the City Attorney's Office's conduct overlaps substantially with the preliminary injunction record.

Third, urgency favors expedition. City Council voted in favor of the land transfer on August 11, 2026. Two Defendants, the VBDA and Dragas, were served on July 27, 2026, and have not responded. The predevelopment process is ongoing. A joint hearing at the earliest practicable date will preserve the status quo while ensuring the integrity of the adversarial process.

As of the date of filing, the City Defendants have not consented to an expedited joint hearing.

**RELIEF REQUESTED**

Plaintiffs respectfully request that the Court set an expedited joint hearing on both the Motion to Disqualify and the Motion for Preliminary Injunction at the earliest date, convenient to the Court, and enter the accompanying proposed order.

Dated: August 13, 2026

Respectfully submitted,

/s/

Suzanne Seidel Richmond (VSB No. 75888)
Law Office of Suzanne Seidel Richmond
3808 North Landing Road
Virginia Beach, Virginia 23456
Telephone: 757-301-8822
Email: suzanne@ssrichmondlaw.com
*Counsel for Plaintiffs and the Putative Class*

**CERTIFICATE OF SERVICE**

I certify that on August 13, 2026, I electronically filed the foregoing with the Clerk of Court using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

/s/
Suzanne Seidel Richmond