**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
*Norfolk Division*

**SFF CONSERVATION INITIATIVE, INC., et al.**
Plaintiffs,

v.

**CITY OF VIRGINIA BEACH; et al.**

Defendants.

**Civil Action No. 2:26-cv-00738**

**PROPOSED ORDER GRANTING PLAINTIFFS' MOTION TO DISQUALIFY WILLCOX & SAVAGE, P.C.**

THIS MATTER, having come before the Court on Plaintiffs' Motion to Disqualify Willcox & Savage, P.C. as Counsel for Defendants, and the Court having considered the Motion, the Memorandum of Law in Support, any opposition and reply, and the arguments of counsel, and for good cause shown, it is hereby

ORDERED that Plaintiffs' Motion to Disqualify Willcox & Savage, P.C. is GRANTED; and it is further

ORDERED that Willcox & Savage, P.C. is hereby DISQUALIFIED from representing any Defendant in this action, including the City of Virginia Beach, the Virginia Beach Development Authority, Robert M. Dyer, Rosemary A. Wilson, Patrick A. Duhaney, and Mark D. Stiles; and it is further

ORDERED that each Defendant shall retain independent counsel and file a notice of appearance of new counsel within twenty-one (21) days of the date of this Order; and it is further

ORDERED that all pending deadlines for Defendants are STAYED until twenty-one (21) days after each Defendant's new counsel has entered an appearance; and it is further

ORDERED that this Order shall not affect the preliminary injunction proceedings, which shall proceed on the schedule set by the Court.

The Clerk is directed to send a copy of this Order to all counsel of record.

IT IS SO ORDERED.

Date: ____________________

________________________________
Rebecca Beach Smith
United States District Judge
Eastern District of Virginia – Norfolk Division

We ask for this:

__________/s/__________
Suzanne Seidel Richmond
Counsel for Plaintiffs

Seen and objected to / No objection:

____________________
Counsel for City Defendant